```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 18794
   JOE BOLLS
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0015

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 07/22/2008 and was not confirmed.

     The case was dismissed without confirmation 12/10/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED        4521.84           .00            .00
BAYVIEW LOAN SERVICING L  NOTICE ONLY    NOT FILED           .00            .00
BAYVIEW LOAN SERVICING    CURRENT MORTG       .00            .00            .00
BAYVIEW LOAN SERVICING    MORTGAGE ARRE       .00            .00            .00
CITY OF CHICAGO WATER DE  SECURED          443.00            .00         100.00
LITTON LOAN SERVICING     CURRENT MORTG       .00            .00            .00
LITTON LOAN SERVICING     MORTGAGE ARRE       .00            .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED           .00            .00
GEMB/WALMART              UNSECURED      NOT FILED           .00            .00
JOHN FERGUSON             NOTICE ONLY    NOT FILED           .00            .00
MR SANT0S                 NOTICE ONLY    NOT FILED           .00            .00
SHERRYL EVANS             NOTICE ONLY    NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY       11128.84            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED      17448.07            .00            .00
LITTON LOAN SERVICING LP  MORTGAGE NOTI  NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        940.16            .00            .00
LVNV FUNDING              UNSECURED       1141.58            .00            .00
PHILIP A IGOE             DEBTOR ATTY        .00                            .00
TOM VAUGHN                TRUSTEE                                          8.23
DEBTOR REFUND             REFUND                                         891.77

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE               1,000.00

PRIORITY                                         .00
SECURED                                       100.00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                            8.23
DEBTOR REFUND                                 891.77
                      -----------            -----------
TOTALS                1,000.00                1,000.00

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 18794 JOE BOLLS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                              /s/ Tom Vaughn

Dated: 03/05/09                    _____
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE